**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **vs.** | § | **Criminal No.  4:26-mj-412** |
| | § | |
| **JAELYN CHURCHWELL** | § | |
| | § | |
| **Defendant.** | § | |

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO:   Sheriff, Harris County Jail, 1200 Baker, Houston, Texas 77002

TO:   United States Marshal, Southern District of Texas or any other duly authorized United States Marshal

GREETINGS:

We command that you have **JAELYN CHURCHWELL, DOB: 00/00/0000, SPN: 03182931,** now duly committed to the custody of the Sheriff of Harris County Jail, Houston, Texas, under safe and secure conduct before the United States District Court for the Southern District of Texas, Houston Division, at 515 Rusk Avenue, Houston, Texas, on the 10th day of July 2026, at 10:00 A.M., there and at that time to appear for an initial appearance and any other necessary appearances in the above-styled and numbered case now pending against him in said Court, and after all proceedings have been disposed of, that you return him to the Sheriff of Harris County Jail, Houston, Texas, under safe and secure conduct, and have you then and there this Writ.

WITNESS the Honorable United States Magistrate for the Southern District of Texas, and the seal of said Court in the City of Houston, Texas, on this 30th day of June 2026.

_____
HON. YVONNE Y. HO
UNITED STATES MAGISTRATE JUDGE